FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE SANDOVAL O/B/O A.G., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | No. EDCV 07-01381-CT <br><br> JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: 4/8/08

CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE